

**Office of the Attorney General**
**Leevin Taitano Camacho**
Attorney General of Guam
**Litigation Division**
590 South Marine Corps Dr.
Suite 802, ITC Building
Tamuning, Guam 96913 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.oagguam.org

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| **THOMAS PEINHOPF**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**LOURDES LEON GUERRERO**, in her )<br>official capacity as Governor of Guam and in )<br>her personal capacity; and **ARTHUR SAN** )<br>**AGUSTIN**, in his official capacity as Director )<br>of the Department of Public Health and Social )<br>Services, and in his personal capacity, )<br>)<br>Defendants. )<br>) | **Civil Case No. CV-20-00029**<br><br><br><br><br><br>**APPEARANCE OF COUNSEL ON**<br>**BEHALF OF ALL DEFENDANTS** |

Please take notice that **Deputy Attorney General James L. Canto II** hereby enter his appearance as counsel on behalf of defendants **Lourdes Leon Guerrero**, sued in her official capacity as Governor of Guam and in her personal capacity; and on behalf of **Arthur San Agustin**, sued in his official capacity as Director of the Department of Public Health and Social Services, and in his personal capacity.

The undersigned request to be added to the electronic service list in this action.

Dated this ____ day of October, 2020.

**OFFICE OF THE ATTORNEY GENERAL**
**Leevin Taitano Camacho, Attorney General**

By: _____/s/_____
**JAMES L. CANTO, II**
Deputy Attorney General

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of Guam that I electronically filed the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system and that immediately after filing the above document I have caused or will cause it to be served upon the parties as authorized by law.

Executed at Tamuning, Guam, on October ___, 2020

_____/s/_____
**JAMES L. CANTO, II**
Deputy Attorney General