# DISTRICT COURT OF GUAM

THOMAS PEINHOPF

*Plaintiff*

v.   Civil Action No. CV-20-00029

LOURDES LEON GUERRERO
GOVERNOR OF GUAM

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LOURDES LEON GUERRERO
In her Official Capacity as Governor of Guam and in her personal capacity
OFFICE OF THE GOVERNOR & LT. GOVERNOR OF GUAM
RICARDO J. BORDALLO GOVERNORS COMPLEX 513
WEST MARINE CORPS DR
PO BOX 2950
HAGATNA, GUAM 96913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THOMAS J. FISHER, FISHER & ASSOCIATES P.C.
RACHEL TAIMANAO-AYUYU, LAW OFFICE OF RACHEL TAIMANAO-AYUYU
SUITE 101 DE LA CORTE BUILDING
167 EAST MARINE CORPS DRIVE
HAGATNA, GUAM 96910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNE G. QUINATA, CLERK OF COURT

/s/ Francine A. Diaz, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Date: 09/22/2020

COPY

Civil Action No. CV-20-00029

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **(INDIVIDUAL CAPACITY)** LOURDES LEON GUERRERO, GOVERNOR OF GUAM

was received by me on *(date)* 9-22-20 . **(Personal Capacity)** ←

☒ I personally served the summons on the individual at *(place)* WEST MARINE CORPS DR, RICARDO - J. BORDALLO GOVERNORS COMPLET 513 HAGATNA on *(date)* 9-23-20 ; or 1:30 p.m.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 100 for travel and $ 0 for services, for a total of $ 100 ~~0.00~~ CA.

I declare under penalty of perjury that this information is true.

Date: SEPT. 23, 2020

_____
Server's signature

CHRISTOPHER ALLEN / PROCESS SERVER
Printed name and title

1270 NORTH MARINE DR. STE. 101, TAMUNING, GUAM
Server's address

Additional information regarding attempted service, etc:

X _____
SIGNED BY: LOURDES LEON GUERRERO
(GOVERNOR OF GUAM)