ASAP Process Servers
Christopher Allen
PMB 386
1270 N. Marine Dr. Ste. 101
Tamuning, Guam, 98913
678-4130

# DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| THOMAS PEINHOPF, | ) | CIVIL ACTION NO. CV-20-00029 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | AFFIDAVIT OF SERVICE |
| LOURDES LEON GUERRERO GOVERNOR OF GUAM | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

I, Christopher Allen, declare that I am a Special Process Server appointed by the Superior Court of Guam, and that I am over the age of 18 years old and that I am not a party in the aforementioned case, and that I "*personally*" served a "Summons, Complaint", upon "**Lourdes Leon Guerrero**", who is the Governor of Guam, in her (*Personal Capacity*), at the Ricardo J. Bordallo Governors Complex, Adelup, 513 West Marine Corps Drive. Hagåtña, Guam, on the 23rd day of September, 2020, at the hour of 1:30 p.m..

Answer due date: 60 days from above date.
Time: N/A

_____
Christopher Allen / Special Process Server
SP 0365-99

I declare under penalty of perjury that the aforementioned statement is true and correct to the best of my knowledge and belief.

[PLEADING TITLE] - 1