Fisher & Associates
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Phone (671) 472-1131. Fax (671) 472-2886

Law Office of Rachel Taimanao-Ayuyu
167 East Marine Corps Drive
Hagatna, Guam 96910
Tel. 671.989.0559  Fax. 671.472.2886
Email: office@guamcounsel.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| THOMAS PEINHOPF | ) | Case No. CIVIL CASE 20-00029 |
| Plaintiff | ) | |
| vs. | ) | **REQUEST** |
| LOURDES LEON GUERRERO In her official capacity as Governor of Guam and in her personal capacity | ) | |
| ARTHUR SAN AGUSTINE In his official capacity of Director of DPHSS and in his personal capacity | ) | |
| Defendants | ) | |

**COMES NOW** Plaintiff Thomas Peinhopf and requests Defendants' Motion to Dismiss in this matter be scheduled for oral argument.

Respectfully,

_/s/ Thomas J. Fisher_
Thomas J. Fisher
Attorney for Plaintiff